```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 11789
    RICHARD HAMPTON JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1562

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/09/2008 and was confirmed 07/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AMERICAS SERVICING          MORTGAGE NOTI  NOT FILED              .00          .00
AMERICAS SERVICING COMPA    CURRENT MORTG       .00               .00          .00
AMERICAS SERVICING COMPA    MORTGAGE ARRE       .00               .00          .00
FRANKLIN CREDIT MANAGEME    CURRENT MORTG       .00               .00          .00
WELLS FARGO AUTO FINANCE    SECURED VEHIC       .00               .00          .00
ECAST SETTLEMENT CORP       UNSECURED        390.66               .00          .00
ECAST SETTLEMENT CORP       UNSECURED        392.65               .00          .00
ECAST SETTLEMENT CORP       UNSECURED        461.07               .00          .00
ECAST SETTLEMENT CORP       UNSECURED       2700.30               .00          .00
ECAST SETTLEMENT CORP       UNSECURED        454.30               .00          .00
HSBC ORCHARD BANK           UNSECURED      NOT FILED              .00          .00
WALMART/GEMB                UNSECURED        290.13               .00          .00
AMERICAS SERVICING COMPA    MORTGAGE NOTI  NOT FILED              .00          .00
ECAST SETTLEMENT CORP       UNSECURED       5802.79               .00          .00
FELIX VARELA                NOTICE ONLY    NOT FILED              .00          .00
FRANKLIN CREDIT MANAGEME    MORTGAGE NOTI  NOT FILED              .00          .00
FRANKLIN CREDIT MANAGEME    MORTGAGE ARRE    245.50               .00          .00
STARKS & BOYD PC            DEBTOR ATTY    2,974.00                        2,196.04
TOM VAUGHN                  TRUSTEE                                          190.96
DEBTOR REFUND               REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                2,387.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                2,196.04
TRUSTEE COMPENSATION                            190.96

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11789 RICHARD HAMPTON JR
```

```
DEBTOR REFUND                                                        .00
                                        ---------------    ---------------
TOTALS                                         2,387.00           2,387.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
   Dated: 02/25/09                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```